UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DIXON,<br><br>                Plaintiff,<br><br>        v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>                Defendants. | No.  1:24-cv-00763 GSA (PC)<br><br>ORDER ACKNOWLEDGING PLAINTIFF'S REQUEST FOR STATUS OF CASE<br><br>(ECF No. 9) |

Plaintiff, a civil detainee proceeding pro se, and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983   This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

Plaintiff has filed a document that he has entitled a request for judicial notice.  ECF No. 9.  Based on its contents, the Court construes it as a request for status of his case.

Plaintiff is informed that the Court has received his filings and that it is on the Court's list of matters to be considered.

That being said, the Court herein acknowledges Plaintiff's request for status and he is informed that the Court will screen his complaint in due course.

Accordingly, IT IS HEREBY ORDERED that the Court herein ACKNOWLEDGES Plaintiff's request for status.  See ECF No. 9.

**Plaintiff is informed that the Court will screen his complaint in due course.**

1

IT IS SO ORDERED.

Dated:   **September 26, 2025**                                  **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE